```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                              Case No. 12-47174-RLE
Junne L Cabreros                                                    Chapter 13
Gail Victoria Ramos Cabreros
      Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0971-4          User: admin              Page 1 of 1              Date Rcvd: Nov 24, 2017
                              Form ID: ODTCOM          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2017.
db/jdb         +Junne L Cabreros,    Gail Victoria Ramos Cabreros,    4547 Reyes Dr.,    Union City, CA 94587-3851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2017                              Signature:  /s/Joseph Speetjens

___

                     **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2017 at the address(es) listed below:
              Alane A. Becket    on behalf of Creditor    eCAST Settlement Corporation notices@becket-lee.com
              Andrew Kussmaul    on behalf of Creditor    Nationstar Mortgage LLC
               Andrew.Kussmaul@BuckleyMadole.com
              Angie Marie Marth    on behalf of Creditor    Nationstar Mortgage LLC amarth@logs.com
              Christelle Nicole Ramseyer    on behalf of Creditor    Nationstar Mortgage LLC
               bknotice@mccarthyholthus.com
              Dean R. Prober    on behalf of Creditor    Bank of America, N.A. c/o Prober & Raphael, A Law
               Corporation ecfnca@ecf.courtdrive.com
              Jennifer Pursley    on behalf of Creditor    eCAST Settlement Corporation ecf@bass-associates.com
              Martha G. Bronitsky    13trustee@oak13.com
              Merdaud Jafarnia    on behalf of Creditor    Nationstar Mortgage LLC, its assignees and/or
               successors Bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
              Ronald Wilcox    on behalf of Debtor Junne L Cabreros ronaldwilcox@post.harvard.edu
              Ronald Wilcox    on behalf of Joint Debtor Gail Victoria Ramos Cabreros
               ronaldwilcox@post.harvard.edu
                                                                                             TOTAL: 11

Form ODTCOM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Junne L Cabreros and Gail Victoria Ramos Cabreros<br>aka Junne Lee Cabreros<br>aka Gail Victoria Cabreros<br>Debtor(s) | Case No.: 12–47174 RLE 13<br><br>Chapter: 13 |
|---|---|

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE
## AFTER CASE COMPLETION

The estate of the above named Debtor(s) has been fully administered.

IT IS ORDERED THAT:

MARTHA G. BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 11/23/17

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge