**Entered on Docket
November 28, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed November 28, 2017

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 12-47174 - RLE |
| Junne L Cabreros and Gail Victoria Ramos Cabreros, aka Junne Lee Cabreros aka Gail Victoria Cabreros | Chapter: 13 |
| Debtor(s)/ | |

### ORDER REOPENING CASE

On 11/27/2017, the Clerk's Office inadvertently closed the above captioned case.

In light of the foregoing and good cause appearing, IT IS ORDERED that the above captioned case is hereby reopened.

**END OF ORDER**

COURT SERVICE LIST

All Recipients